**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Nygel JACK, Petitioner**

No. 1 WAL 2017

Supreme Court of Pennsylvania.

June 5, 2017

## ORDER

PER CURIAM

AND NOW, this 5th day of June, 2017, the Petition for Allowance of Appeal is DENIED.